# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                             Crim. No. 4:14-CR-59-1H

GLENDA BRYANT PERRY

On December 16, 2013, the above named was placed on a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                    /s/ Kristyn Super  
Dwayne K. Benfield                        Kristyn Super  
Supervising U.S. Probation Officer       U.S. Probation Officer  
                                                           200 Williamsburg Pkwy, Unit 2  
                                                            Jacksonville, NC 28546-6762  
                                                            Phone: 910-346-5104  
                                                            Executed On: November 23, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of November, 2015.

Malcolm J. Howard  
Senior U.S. District Judge